COMMONWEALTH *vs.* CERTAIN INTOXICATING LIQUORS.

A complaint under Gen. Sts. *c.* 86, § 42, alleging that certain intoxicating liquor is kept in a specified place, &c., is not supported by a verdict which finds that the liquor was owned or kept there.

COMPLAINT to the justice of the police court of Worcester, alleging that the complainants have reason to believe and do believe that certain intoxicating liquor, which was described, is kept and deposited by Patrick McSweeney in a certain building, &c. At the trial in the superior court, before *Ames*, J., an issue was framed to be passed upon by the jury, and they returned a verdict that the liquor described was owned or kept by McSweeney, as alleged in the complaint. Other objections similar to those in the preceding case were also taken.

*P. C. Bacon & M. J. McCafferty*, for the claimant.

*Foster*, A. G., for the Commonwealth.

MERRICK, J. The complaint alleges that the liquor therein mentioned was deposited and kept by the claimant in a certain building particularly described, situate in Worcester. The verdict of the jury finds that the liquor was owned or kept by him in that place. This being in the alternative, the fact of keeping averred in the complaint is not established by the verdict; and therefore no judgment can be rendered upon it. For this cause the verdict must be set aside and a new trial granted

The other exceptions of the claimant are similar to those taken in the preceding case; and for the reasons stared in th opinion of the court in that case, they must be overruled.

*Verdict set aside and a new trial ordered.*